JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DORA M. DOUGLAS | Case No.: 5:08-CV-1915 R RCx |
| Plaintiff, | Hon. Manuel L. Real<br>Courtroom 8 – Spring Street |
| vs. | **JUDGMENT** |
| AMERICA'S SERVICING COMPANY AND NDEX WEST, LLC, and DOES 1-50, Inclusive, | |
| Defendants. | Complaint filed: November 24, 2008 |

The motion of Defendant WELLS FARGO BANK, N.A. dba AMERICA'S SERVICING COMPANY to dismiss Plaintiff Dora M. Douglas' complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(e) for failure to state a claim upon which relief can be granted was set for hearing on February 23, 2009 at 10:00 a.m. in Courtroom 2.  On February 10, 2009, prior to reassignment of the case to Judge Manuel L. Real on February 20, 2009, the Honorable Virginia A. Phillips found the matter appropriate for resolution without oral argument.

After considering the moving papers and the arguments therein and no opposition having been received, good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's claim against Wells Fargo Bank, N.A. dba America's Servicing

1  Company is dismissed without prejudice.  Plaintiff is to recover nothing from Wells
2  Fargo Bank, N.A. dba America's Servicing Company.
3  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED**
4  **ORDERED** that the Notice of Pendency of Action (Lis Pendens) recorded on
5  December 9, 2008 in the Official Records of the Riverside County Recorder's
6  Office as Instrument Number 2008-0644832 is expunged due to the dismissal of
7  this case.
8
9
10  DATED:  March 25, 2009             _____
11                                     HONORABLE MANUEL L. REAL
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the page of 18 and am not a party to this action. I am employed in the City of Irvine, California. My business address is Severson & Werson, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On the date below I served the within document(s) described as: **(PROPOSED) JUDGMENT** on the interested parties in this action:

☒  by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s) ☒ addressed as follows: ☐ address as stated on the attached mailing list.

| | |
|---|---|
| Mitchell W. Roth, Esq.<br>MW ROTH, PLC<br>13245 Riverside Drive, Suite 320<br>Sherman Oaks CA 91423 | Attorneys for Plaintiff DORA M. DOUGLAS |
| Edward A. Treder, Esq.<br>Barrett, Daffin, Frappier,<br>Treder & Weiss<br>917 S. Village Oaks Dr., Suite 200<br>Covina, CA 91724 | Attorneys for Defendant NDEx West, LLC |

☒  **BY MAIL** (C.C.P. § 1013(a)) - I deposited such envelope(s) for processing in the mail room in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒  **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

☒  **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March ___, 2009, at Irvine, California.

LINDA J. TARWATER

07685/0289/719085.1

Certificate of Service
Case No. 5:08-CV-1915 R (RCx)